**Dismissed and Opinion Filed May 10, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00057-CV

**TRACY ARMSTRONG, Appellant**
**V.**
**BEAULY LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04709-E**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

We reinstate this appeal. This case was abated on March 16, 2015 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on June 30, 2015, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Leslie Osborne// 

LESLIE OSBORNE
JUSTICE

150057f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TRACY ARMSTRONG, Appellant

No. 05-15-00057-CV     V.

BEAULY LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-04709-E.
Opinion delivered by Justice Osborne. Justices Pedersen, III and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of May, 2021.